906 A.2d 437

IN THE MATTER OF JOHN A. LYNCH,
JR., AN ATTORNEY AT LAW.

September 19, 2006.

## ORDER

**JOHN A. LYNCH, JR.,** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1963, having entered a plea of guilty in the United States District Court for the District of New Jersey to a two-count information charging him with mail fraud, in violation of 18 *U.S.C.A.* §§ 1341 and 2, and tax evasion, in violation of 26 *U.S.C.A.* § 7201, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOHN A. LYNCH, JR.,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOHN A. LYNCH, JR.,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOHN A. LYNCH, JR.,** comply with *Rule* 1:20–20 dealing with suspended attorneys.